**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

       Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

       Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned counsel of record for Defendants Raymond James Financial, Inc. ("RJF" or "Parent Company") and Raymond James & Associates, Inc. ("RJA" or "Broker/Dealer") (collectively, "Defendants) certify that to the best of my knowledge and belief:

    1.    RJF is a publicly-traded company that has no parent companies or affiliates. The following are RJF's subsidiaries:

    RJA
    Raymond James Financial Services
    Raymond James Ltd. (Canada)
    Raymond James Investment Services (U.K.)
    Awad Asset Management
    Ballast Point Ventures, L.P.
    Eagle Asset Management
    Heritage Asset Management
    Raymond James Trust Company
    Raymond James Bank, FSB
    Raymond James Capital

CASE NO. 1:07 CV 00759-JDB

    Raymond James Tax Credit Funds
    Planning Corporation of America
    Raymond James Argentina Sociedad de Bolsa, S.A.
    Raymond James Asset Management International (France)
    Raymond James Yatýrým Menkul Kýymetler A.S. (Turkey)

    2.     RJA is not a publicly traded company, and has no outstanding securities in the hands of the public. RJA's parent company is RJF.

    These representations are made in order that judges of this Court may determine the need for recusal. As this case proceeds, counsel will advise the Court of any changes, pursuant to LCvR 7.1.

    Dated this <u>25th</u> day of June, 2007.

                                                                           Respectfully submitted,

                                                      Morgan Lewis & Bockius  LLP
                                                      Counsel for Defendants

                                                      <u>/s/ Katherine J. Emig</u>
                                                      Katherine J. Emig
                                                      D.C. Bar No. 496410
                                                      kemig@morganlewis.com
                                                      Morgan, Lewis & Bockius LLP
                                                      1111 Pennsylvania Avenue, N.W.
                                                      Washington, D.C.  20004
                                                      Telephone:  202.739.5686
                                                      Facsimile:  877.432.9652

                                                      Anne Marie Estevez, Esq.
                                                      D.C. Bar No. 499841
                                                      aestevez@morganlewis.com
                                                      Morgan Lewis & Bockius  LLP
                                                       5300 Wachovia Financial Center
                                                      200 South Biscayne Boulevard
                                                      Miami, Florida  33131-2339
                                                      Telephone:  305.415.3330
                                                      Facsimile:  877.432.9652

CASE NO. 1:07 CV 00759-JDB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that: I electronically filed the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Counsel of Record for Plaintiff Lawrence R. Smith, Raymond D. Battocchi, Esq., Gabeler Battocchi Griggs & Powell, PLLC, 1320 Old Chain Bridge Road, Suite 200, McLean, VA  22101, this <u>25th</u> day of June, 2007.

                                         /s/ Katherine J. Emig
                                         Katherine J. Emig