IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

       Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

       Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

## MOTION AND AFFIRMATION OF CHRISTOPHER A. WEALS IN SUPPORT OF ADMISSION *PRO HAC VICE*

CHRISTOPHER A. WEALS, an attorney at law, duly admitted to practice before this Court, affirms the following under penalty of perjury:

1.    I am a partner in the law firm of Morgan, Lewis & Bockius, LLP, attorneys for the Defendants, Raymond James Financial, Inc. and Raymond James & Associates, Inc., in the above-captioned matter, and I am familiar with the facts and circumstances herein.

2.    I submit this affirmation in support of Defendants' motion to admit Anne Marie Estevez *pro hac vice*.

3.    Anne Marie Estevez currently practices labor and employment law with the law firm Morgan, Lewis & Bockius, LLP in Miami, Florida. Ms. Estevez is a qualified attorney in good standing with the Florida State Bar and the District of

Columbia State Bar and has never been suspended or disbarred or otherwise subject to disciplinary proceedings.

4.   I respectfully request that the Court admit Anne Marie Estevez, *pro hac vice*, for the purpose of arguing and trying the instant action, which includes appearing, participating, and representing Defendants.

WHEREFORE, I respectfully request that Anne Marie Estevez be specially admitted *pro hac vice* to the United States District Court for the District of Columbia for the purpose of participating in this action.

Dated: July 13, 2007

Respectfully submitted,

_____
Christopher A. Weals (D.C. Bar No. 414754)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5350

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that: I electronically filed the foregoing Motion and Affirmation of Christopher A. Weals in Support of Admission Pro Hac Vice, by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Counsel of Record for Plaintiff Lawrence R. Smith, Raymond D. Battocchi, Esq., Gabeler Battocchi Griggs & Powell, PLLC, 1320 Old Chain Bridge Road, Suite 200, McLean, VA 22101, this 16th day of July, 2007.

/s/ Christopher A. Weals
Christopher A. Weals

1-MI/600153.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

    Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

    Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

### AFFIDAVIT OF ANNE MARIE ESTEVEZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Anne Marie Estevez, being duly sworn, makes the following certificate.

1. I regularly practice law in the State of Florida, at the following address: 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131. My office telephone number is: (305) 415-3330.

2. I am a member of the Bars of the State of Florida and the State of District of Columbia.

3. I hereby certify that I have never been the subject of a Bar disciplinary proceeding.

4. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the past two years.

1-MI/600153.1

Executed this 16th day of July, 2007.

_____
Anne Marie Estevez

Sworn and subscribed before me, this
16 day of July, 2007.

_____
Notary Public

My Commission Expires:

**Brenda L. Chiabra**
Commission # DD356360
Expires: SEP. 19, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

1-MI/600153.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

    Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

    Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Anne Marie Estevez is granted.

Dated: _____    _____
    United States District Court Judge John D. Bates

1-MI/600153.1