IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE R. SMITH, on behalf of himself and all similarly situated persons, | § § § § § | |
| Plaintiff, | | |
| vs. | § § | Case No. 1:07 CV 00759 (JDB) |
| RAYMOND JAMES FINANCIAL, INC., and RAYMOND JAMES & ASSOCIATES, INC., | § § § § § | |
| Defendants. | | |

### MOTION FOR PRO HAC VICE ADMISSION OF WYATT B. DURRETTE, JR., CHRISTOPHER G. HILL, RICHARD L. COFFMAN, AND JOHN R. WYLIE

Wyatt B. Durrette, Jr., Christopher G. Hill, Richard L. Coffman, and John R. Wylie, hereby move for admission to practice in this Court pro hac vice in this case to represent plaintiff Lawrence R. Smith, on behalf of himself and all similarly situated persons. Attached is a declaration from each of the movants submitted pursuant to LCvR83.2(d), and a proposed order.

### STATEMENT OF POINTS AND AUTHORITIES

LCvR83.2(d).

Respectfully submitted,

Dated: July 25, 2007

/s/ Raymond D. Battocchi
Raymond D. Battocchi
D.C. Bar No. 237081
**GABELER BATTOCCHI GRIGGS**
   **& POWELL PLLC**
1320 Old Chain Bridge Road, Suite 200
McLean, VA  22101
(703) 847-8888; fax (703) 847-9033
Email:  Battocchi@aol.com

/s/   Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr., Esq.
D.C. Bar No. 411328

/s/   Christopher G. Hill
Christopher G. Hill, Esq.
VA Bar No. 41538
**DURRETTEBRADSHAW PLC**
600 East Main Street, 20th Floor
Richmond, Virginia 23219
(804) 775-6900
(804) 775-6911 fax

/s/  Richard L. Coffman
Richard L. Coffman, Esq.
Texas Bar No. 04497460
**THE COFFMAN LAW FIRM**
1240 Orleans St., Suite 200
Beaumont, TX 77701
(409) 832-4767
(866) 835-8250 fax

/s/  John R. Wylie
John R. Wylie, Esq.
**FUTTERMAN, HOWARD, WATKINS,
    WYLIE & ASHLEY, CHTD.**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
(312) 427-3600
(312) 427-1850 fax

**ATTORNEYS FOR PLAINTIFF AND
PRO HAC VICE MOVANTS**

CERTIFICATE OF SERVICE

I certify that on July 25, 2007, I served a copy of this document, with all attachments, electronically by using the CM/ECF system on:

>Christopher A. Weals
>Katherine J. Emig
>Morgan Lewis & Bockius, LLP
>1111 Pennsylvania Avenue, N.W.
>Washington, D.C.  20004

Anne Marie Estevez
Morgan Lewis & Bockius, LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL   33131

/s/   Raymond D Battocchi
Raymond D. Battocchi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
On behalf of himself and all
similarly situated persons,

      Plaintiff,

v.                                 CASE NO.: 1:07 CV 00759-JDB

RAYMOND JAMES FINANCIAL, INC.
And
RAYMOND JAMES & ASSOCIATES, INC.,

      Defendants.

## DECLARATION

Pursuant to LCvR 83.2(d), Wyatt B. Durrette, Jr., hereby applies for admission to practice in the United States District Court for the District of Columbia on a *pro hac vice* basis representing Plaintiff, Lawrence R. Smith, on behalf of himself and all similarly situated persons, in the above- entitled action.

In support of this declaration, I certify on oath that:

1. My full name is Wyatt B. Durrette, Jr.

2. My office address is DurretteBradshaw PLC, 600 East Main Street, 20th floor, Richmond, Virginia 23219 (Tel: 804-775-6900).

3. I am an active member in good standing of the Bar of the Commonwealth of Virginia and qualified to practice in all courts in the Commonwealth. I am also admitted to practice in the United States Court of Appeals for the Fourth, Tenth and Federal Circuits and the United States District Courts

   for the Eastern and Western Districts of Virginia and the District of Colorado.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I am a member of the District of Columbia Bar, and my Bar number is 411328. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

7/12/07
Date

            *[signature]*
            Wyatt B. Durrette, Jr., Esquire
            DurretteBradshawPLC
            600 East Main Street, 20th Floor
            Richmond, Virginia 23219
            (Tel.) 804-775-6900
            (Fax) 844-775-6911

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
On behalf of himself and all
similarly situated persons,

        Plaintiff,

v.                                                                      CASE NO.: 1:07 CV 00759-JDB

RAYMOND JAMES FINANCIAL, INC.
And
RAYMOND JAMES & ASSOCIATES, INC.,

        Defendants.

## DECLARATION

Pursuant to LCvR 83.2(d), Christopher G. Hill hereby applies for admission to practice in the United States District Court for the District of Columbia on a *pro hac vice* basis representing Plaintiff, Lawrence R. Smith, on behalf of himself and all similarly situated persons, in the above- entitled action.

In support of this declaration, I certify on oath that:

1. My full name is Christopher G. Hill.

2. My office address is DurretteBradshaw PLC, 600 East Main Street, 20th floor, Richmond, Virginia 23219 (Tel: 804-775-6900).

3. I am an active member in good standing of the Bar of the Commonwealth of Virginia and qualified to practice in all courts in the Commonwealth. I am also admitted to practice in the United States District Courts for the Eastern and Western Districts of Virginia, the Fourth Circuit Court of

Appeals, the District of Columbia Circuit Court of Appeals and the United States Bankruptcy Court for the Eastern District of Virginia.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I am not a member of the District of Columbia Bar, nor do I engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

7/17/07
Date

Christopher G. Hill, Esquire
DurretteBradshawPLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
(Tel.) 804-775-6900
(Fax) 844-775-6911

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE R. SMITH, et al, § § § PLAINTIFFS, § § v. § § RAYMOND JAMES FINANCIAL, INC., et al, § § DEFENDANTS. § | CIVIL ACTION NO. 07-0759 (JDB) |

## DECLARATION

Pursuant to Local Rule 83.2(d), Richard L. Coffman hereby applies for admission to practice in the United States District Court for the District of Columbia on a *pro hac vice* basis representing Plaintiff Lawrence R. Smith, on behalf of himself and all similarly situated persons, in the above-entitled action.

In support of this declaration, I certify on oath that:

1.  My full name is Richard L. Coffman.

2.  My office address is The Coffman Law Firm, 505 Orleans St., Ste. 505, Beaumont, Texas 77701 (Telephone: 409-833-7700).

3.  I am an active member in good standing of the State Bar of Texas and qualified to practice in all Texas state courts. I am also admitted to practice in the United States Supreme Court, United States Court of Appeals for the First, Fifth, Seventh and Federal Circuits, United States Court of Federal Claims, United States Tax Court, and the United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas and the Central District of Illinois.

4.  I have not been disciplined by any Bar.

5.  I have not been admitted *pro hac vice* to this Court within the past two years.

1

I declare under penalty of perjury that the foregoing is true and correct.

July 24, 2007
Date

Richard L. Coffman
THE COFFMAN LAW FIRM
505 Orleans St., Ste. 505
Beaumont, TX 77701
(409) 833-7700
(866) 835-8250 fax

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE R. SMITH,<br>831 N. Woodrow Street<br>Arlington, VA 22203, on behalf of<br>himself and all similarly situated persons<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND JAMES FINANCIAL, INC.,<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 and<br><br>RAYMOND JAMES & ASSOCIATES, INC.<br>1825 I Street, N. W.<br>Washington, D. C. 20006<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No:1:07 CV 00759<br>)<br>)<br>)  DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN R. WYLIE

I, John R. Wylie, declare under penalty of perjury as follows:

1. My full name is John Richard Wylie.

2. I am a principal in the law firm of Futterman Howard Watkins Wylie & Ashley, Chtd., 122 South Michigan Avenue, Suite 1850, Chicago, Illinois, 60603, telephone 312-427-3600.

3. I have been admitted to the following bars: State of Illinois; State Bar of California (inactive); U.S. District Court for the Northern District of Illinois; U.S. Circuit Court for the Seventh Circuit; United States Supreme Court.

4. I certify that I have not been disciplined by any bar.

5. I have never before been admitted *pro hac vice* in this Court.

6.    I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership pending.

_____
John R. Wylie

G:\DA\Raymond James\Declaration JRW.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE R. SMITH, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND JAMES FINANCIAL, INC., and RAYMOND JAMES & ASSOCIATES, INC.,<br><br>Defendants. | § § § § § § § § § § § § § | Case No. 1:07 CV 00759 (JDB) |

## ORDER GRANTING PRO HAC VICE ADMISSIONS

It is hereby Ordered that Wyatt B. Durrette, Jr., Christopher G. Hill, Richard L. Coffman, and John R. Wylie, are admitted to practice in this Court pro hac vice in this case to represent plaintiff Lawrence R. Smith, on behalf of himself and all similarly situated persons.

Dated: _____                    _____
                                          JOHN D. BATES
                                          UNITED STATES DISTRICT COURT JUDGE