## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

      Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

      Defendants.

_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

### MOTION AND AFFIRMATION OF CHRISTOPHER A. WEALS
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

      CHRISTOPHER A. WEALS, an attorney at law, duly admitted to practice before this Court, affirms the following under penalty of perjury:

      1.      I am a partner in the law firm of Morgan, Lewis & Bockius, LLP, attorneys for the Defendants, Raymond James Financial, Inc. and Raymond James & Associates, Inc., in the above-captioned matter, and I am familiar with the facts and circumstances herein.

      2.      I submit this affirmation in support of Defendants' motion to admit Sharon A. Lisitzky *pro hac vice*.

      3.      Sharon A. Lisitzky currently practices labor and employment law with the law firm Morgan, Lewis & Bockius, LLP in Miami, Florida.  Ms. Lisitzky is a qualified

1-MI/600979.1

MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S. BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000

attorney in good standing with the Florida State Bar and has never been suspended or disbarred or otherwise subject to disciplinary proceedings.

4.     I respectfully request that the Court admit Sharon A. Lisitzky, *pro hac vice*, for the purpose of arguing and trying the instant action, which includes appearing, participating, and representing Defendants.

WHEREFORE, I respectfully request that Sharon A. Lisitzky be specially admitted *pro hac vice* to the United States District Court for the District of Columbia for the purpose of participating in this action.

Dated: July 25, 2007          Respectfully submitted,

Christopher A. Weals (D.C. Bar No. 414754)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5350

1-MI/600979.1

MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S. BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

   Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

   Defendants.

_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

### AFFIDAVIT OF SHARON A. LISITZKY IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

   The undersigned, Sharon A. Lisitzky, being duly sworn, makes the

following certificate.

   1.  I regularly practice law in the State of Florida, at the following address:

5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131.

My office telephone number is: (305) 415-3369.

   2.  I am a member of the Bars of the State of Florida.

   3.  I hereby certify that I have never been the subject of a Bar disciplinary

proceeding.

   4.  I have not been admitted *pro hac vice* to the United States District Court

for the District of Columbia in the past two years.

I-MI/600979.1

Executed this 20th day of July, 2007.

Sharon A. Lisitzky

Sworn and subscribed before me, this 20TH day of July, 2007.

Notary Public

My Commission Expires:



JENNIFER MORGAN
MY COMMISSION # DD 480862
EXPIRES: November 15, 2009
Bonded Thru Notary Public Underwriters

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

        Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

        Defendants.

_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Sharon A. Lisitzky is granted.


Dated: _____     _____
                         United States District Court Judge John D. Bates

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that:  I electronically filed the foregoing Motion and

Affirmation of Christopher A. Weals in Support of Admission Pro Hac Vice, by using the

CM/ECF system, which will, in turn, send a notice of electronic filing to Counsel of

Record for Plaintiff Lawrence R. Smith, Raymond D. Battocchi, Esq., Gabeler Battocchi

Griggs & Powell, PLLC, 1320 Old Chain Bridge Road, Suite 200, McLean, VA  22101,

this 25ᵗʰ day of July, 2007.

/s/ Christopher A. Weals
Christopher A. Weals

I-MI/600979.1

MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S. BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000