# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE R. SMITH, <br> 831 N. Woodrow Street <br> Arlington, VA 22203, on behalf of <br> himself and all similarly situated persons <br> <br> Plaintiff, <br> <br> vs. <br> <br> RAYMOND JAMES FINANCIAL, INC., <br> 880 Carillon Parkway <br> St. Petersburg, FL 33716 and <br> <br> RAYMOND JAMES & ASSOCIATES, INC. <br> 1825 I Street, N. W. <br> Washington, D. C. 20006 <br> <br> Defendants. | Case No:1:07 CV 00759 (JDB) <br> <br> DEMAND FOR JURY TRIAL |

## JOINT LOCAL CIVIL RULE 16.3(C) REPORT

Pursuant to Local Civil Rule 16.3, counsel for plaintiff and defendants report and agree as follows:

(1)  This case may be susceptible to disposition by motions for summary judgment

(2)  Additional parties may be joined and pleadings may be amended through and including January 31, 2008.

(3)  This matter should not be assigned to a magistrate judge for all purposes including trial.

(4)  The possibility of settling this case is unknown at present.

(5)  The case would not benefit at this time from the use of the Court's alternative dispute resolution procedures. The parties may benefit from a neutral evaluation of their respective cases at the end of fact discovery, and prior to commencement of expert discovery.

1-MI/601158.2

(6) As noted above, this case may be susceptible to resolution by summary judgment motions. The date for the filing of such motions is contained in the parties' proposed scheduling order, attached hereto as Exhibit A.

(7) The parties do not wish to dispense with the initial disclosures required by Fed. R. Civ. P. 26 (a)(1). The date for the exchange of these disclosures is contained in the proposed scheduling order.

(8) The parties' proposed scheduling order, which contains a detailed schedule for fact and expert discovery, is attached as Exhibit A. The parties are in the process of negotiating an acceptable protective order, which will be submitted to the Court for its review.

(9) The requirements for the exchange of expert witness reports and information pursuant to Rule 26(a)(2), Fed. R. Civ. P., should not be modified. The dates for the exchange of reports and expert depositions are included in the proposed scheduling order.

(10) The schedule for the filing and response to the plaintiff's motion to certify this case as a collective action is included in the proposed scheduling order attached hereto as Exhibit A.

(11) The parties do not believe that it would be beneficial to bifurcate discovery or trial at this time.

(12) The parties suggest that the Court should schedule a pretrial conference 30 days after issuance of the Court's decision on dispositive motions.

(13) The parties suggest that the Court not set a firm trial date at the first scheduling conference, but rather provide that a trial date will be set at the pretrial conference, and will be scheduled to begin 30 to 60 days after that conference.

| PLAINTIFF LAWRENCE R. SMITH: | DEFENDANTS RAYMOND JAMES FINANCIAL, INC. and RAYMOND JAMES & ASSOCIATES, INC.: |
|---|---|
| /s/Raymond D. Battocchi <br> Raymond B. Battocchi, D.C. Bar No. 2370781 <br> Gabeler Battocchi Griggs & Powell PLLC <br> 1320 Old Chain Bridge Road, Suite 200 <br> McLean, VA 22101 <br> (703) 847-8888; fax (703) 847-9033 <br> email: Battocchi@aol.com | /s/ Katherine J. Emig <br> Katherine J. Emig, D.C. Bar No. 496410 <br> Morgan, Lewis & Bockius LLP <br> 1111 Pennsylvania Avenue, N. W. <br> Washington, D. C. 20004 <br> (202) 739-5686; fax: (877) 432-9652 <br> Kemig@morganlewis.com |
| Wyatt B. Durrette, Jr. (admitted pro hac vice) <br> Christopher G. Hill (admitted pro hac vice) <br> DurretteBradshaw PLC <br> 600 East Main Street, 20th Floor <br> Richmond, Virginia 23219 <br> (804) 775-6900; fax (804) 775-6911 | Anne Marie Estevez (admitted pro hac vice) <br> Sharon A. Lisitzky (pro hac vice pending) <br> Morgan, Lewis & Bockius LLP <br> 5300 Wachovia Financial Center <br> 200 South Biscayne Boulevard <br> Miami, Florida 33131-2339 <br> (305) 415-3330; fax (877) 432-9652 |
| Richard L. Coffman (admitted pro hac vice) <br> The Coffman Law Firm <br> 505 Orleans, Suite 505 <br> Beaumont, TX 77701 <br> (409) 833-7700; fax (866) 835-8250 | |
| John R. Wylie (admitted pro hac vice) <br> Charles R. Watkins <br> Futterman Howard Watkins Wylie <br> & Ashley, Chtd. <br> 122 S. Michigan Avenue, Suite 1850 <br> Chicago, Illinois 60603 <br> (312) 427-3600; fax (312) 427-1850 | |
| James E. Hasser, Jr. <br> Diamond Hasser & Frost <br> 1325 Dauphine Street <br> Mobile, Alabama 36604 <br> (800) 562-3362; (fax) 251) 432-7702 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE R.SMITH,<br>831 N. Woodrow Street<br>Arlington, VA 22203, on behalf of<br>himself and all similarly situated persons<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND JAMES FINANCIAL, INC.,<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 and<br><br>RAYMOND JAMES & ASSOCIATES, INC.<br>1825 I Street, N. W.<br>Washington, D. C. 20006<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No: 1:07 CV 00759<br>)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The Court, after reviewing the case file and conferring with all parties pursuant to Fed. R. Civ. P. 16 and Local Rule 16, enters this case specific order which supersedes all other scheduling orders and/or docket control orders, and controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated:

### DEADLINES

| | |
|---|---|
| July 30, 2007 | Commencement of fact discovery |
| August 31, 2007 | Deadline to serve Rule 26 Disclosures |
| November 2, 2007 | Deadline for Plaintiff to file his motion for collective action certification |
| December 16, 2007 | Deadline for Defendant to file its response to the Plaintiff's motion for collective action certification |

| | |
|---|---|
| January 14, 2008 | Deadline for Plaintiff to file collective action certification reply brief |
| January 31, 2008 | Deadline to join additional parties and amend pleadings |
| February 29, 2008 | Deadline to serve written discovery |
| May 30, 2008 | Deadline to complete fact witness depositions |
| June 30, 2008 | Deadline to serve responses to contention interrogatories. Deadline for the Parties to mediate the case. |
| August 4, 2008 | Deadline for Plaintiff to serve expert reports |
| September 15, 2008 | Deadline for Defendant to serve expert reports |
| October 15, 2008 | Deadline for Plaintiff to serve rebuttal expert reports |
| November 17, 2008 | Deadline to complete expert witness depositions |
| January 15, 2009 | Deadline to file and serve dispositive motions |
| February 27, 2009 | Deadline to file and serve responses to dispositive motions |
| March 27, 2009 | Deadline to file and serve reply briefs to dispositive motions |

On or before thirty (30) days after the Court decides the dispositive motions, the Court will conduct the pre-trial conference, at which time the trial date, due date for pre-trial motions and all other deadlines shall be established.

Failure to comply with relevant provisions of the Local Rules, the Federal Rules of Civil Procedure or this order may result in the exclusion of evidence at trial, the imposition of sanctions by the Court, or both.  If a fellow member of the Bar makes a just request for cooperation or seeks scheduling accommodation, a lawyer will not arbitrarily or unreasonably withhold consent.  The Court is not bound to accept agreements of counsel to extend deadlines

imposed by rule or court order. Deadlines not involving filings with the Court, however, may be modified by agreement between counsel without intervention by the Court.

_____
**JOHN D. BATES**
**UNITED STATES DISTRICT JUDGE**