UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH, et al.,

    Plaintiffs,

        v.

RAYMOND JAMES FINANCIAL, INC., et al.,

    Defendants.

Civil Action No. 07-0759 (JDB)

## SCHEDULING ORDER

In light of the Status Conference held on July 30, 2007, and upon consideration of the Joint Local Civil Rule 16.3 Report and entire record herein, it is hereby **ORDERED** as follows:

1.     Fact discovery shall commence on July 30, 2007.

2.     Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure are due by not later than August 31, 2007.

3.     Plaintiff's motion for collective-action certification shall be filed by not later than November 2, 2007. Defendants' opposition to that motion shall be filed by not later than November 30, 2007, with plaintiff's reply, if any, due by not later than December 14, 2007.

4.     Any additional parties shall be joined, and the pleadings amended, by not later than December 28, 2007.

5.     Written discovery shall be served by not later than January 28, 2008.

6.     Fact-witness depositions shall be completed by not later than March 15, 2008.

7. The parties shall engage in mediation for a period of approximately forty-five (45) days, from March 15, 2008, to May 1, 2008.

8. Plaintiff shall serve expert reports by not later than June 6, 2008. Defendants shall serve expert reports by not later than July 7, 2008. Plaintiff shall serve rebuttal expert reports, if any, by not later than August 1, 2008.

9. Expert witness depositions shall be completed by not later than September 10, 2007.

10. Dispositive motions shall be filed by not later than October 20, 2008. Oppositions to those motions shall be filed by not later than November 24, 2008, with replies, if any, due by not later than December 15, 2008.

11. The parties shall appear for a status conference on January 22, 2008 at 9:00 a.m.

**SO ORDERED.**

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated: July 31, 2007