IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

       Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

       Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT RAYMOND JAMES FINANCIAL, INC.**

Pursuant to Rules 21 and 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lawrence R. Smith and Defendants Raymond James Financial, Inc. ("RJF") and Raymond James & Associates, Inc. ("RJA"), hereby stipulate that all of the claims asserted in this action against RJF shall be dismissed without prejudice. This stipulation is premised on the representation by defense counsel that RJA was the true employer of Plaintiff, and that RJF is not a broker/dealer, and does not employ financial advisors.

Plaintiff and Defendants jointly move this Court to accept their stipulation and enter an order dismissing the claims brought against RJF without prejudice, with each party to bear its own costs and fees, and updating the style of the case to include only RJA as a defendant. The parties further stipulate that in the event that Plaintiff obtains evidence indicating that counsel's representations, as set forth above, are inaccurate, Plaintiff may seek to amend his complaint to

1-MI/601417.1

CASE NO. 1:07 CV 00759-JDB

add RJF back as a Defendant, and RJA and RJF will not oppose such amendment. Such amendment shall relate back to the date on which the Court adopts this stipulation and grants the dismissal without prejudice of all claims against RJF.

A proposed Order is attached for the convenience of the Court.

It is so stipulated, this 9th day of August, 2007.

Respectfully submitted,

/s/ Wyatt B. Durrette, Jr.
Raymond B. Battocchi, D.C. Bar No. 2370781
Battocchi@aol.com
Gabeler Battocchi Griggs & Powell PLLC
1320 Old Chain Bridge Road, Suite 200
McLean, VA  22101
(703) 847-8888; fax: (703) 847-9033

Wyatt B. Durrette, Jr.
Christopher G. Hill
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA  23219
(804) 775-6900; fax: (804) 775-6911

Richard L. Coffman
The Coffman Law Firm
505 Orleans, Suite 505
Beaumont, TX  77701
(409) 833-7700; fax: (866) 835-8250

John R. Wylie and Charles R. Watkins
Futterman Howard Watkins Wylie & Ashley
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-3600; fax: (312) 427-1850

James E. Hasser, Jr.
Diamond Hasser & Frost
1325 Dauphine Street
Mobile, Alabama 36604
(800) 562-3362; fax: (251) 432-7702

*Counsel for Plaintiff Lawrence R. Smith*

/s/ Anne Marie Estevez
Anne Marie Estevez, Esq., D.C. Bar No. 499841
aestevez@morganlewis.com
Sharon A. Lisitzky
slisitzky@morganlewis.com
Morgan Lewis & Bockius  LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
(305) 415-3330; fax: (877) 432-9652

Katherine J. Emig, D.C. Bar No. 496410
kemig@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5686; fax: (877) 432-9652

*Counsel for Defendants RJF and RJA*

CASE NO. 1:07 CV 00759-JDB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

      Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

      Defendants.
_____/

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

## ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT RAYMOND JAMES FINANCIAL, INC.

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff's Claims Against Defendant Raymond James Financial, Inc. The stipulation is premised on the representation by defense counsel that Raymond James & Associates, Inc., was the true employer of Plaintiff, and that Raymond James Financial, Inc., is not a broker/dealer, and does not employ financial advisors. Upon careful consideration of the Joint Stipulation and the record in this case, the Court does hereby

ORDER and ADJUDGE that:

(1) Plaintiff's claims against Defendant Raymond James Financial, Inc., are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees;

(2) The style of the case shall be updated by the Clerk of the Court to reflect that Raymond James & Associates, Inc., is the only defendant;

CASE NO. 1:07 CV 00759-JDB

(3)  In the event that Plaintiff obtains evidence indicating that counsel's representations, as set forth above, are inaccurate, Plaintiff may seek to amend his complaint to add Raymond James Financial, Inc., back as a Defendant.  Neither Raymond James & Associates, Inc., nor Raymond James Financial, Inc., will oppose such an amendment.  Such amendment shall relate back to the date of this Order.

DONE and ORDERED in Chambers this _____ day of August, 2007.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc:

| | |
|---|---|
| Raymond B. Battocchi, D.C. Bar No. 2370781<br>Gabeler Battocchi Griggs & Powell PLLC<br>1320 Old Chain Bridge Road, Suite 200<br>McLean, VA  22101 | Anne Marie Estevez, Esq., D.C. Bar No. 499841<br>Sharon A. Lisitzky<br>Morgan Lewis & Bockius  LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131-2339 |
| Wyatt B. Durrette, Jr.<br>Christopher G. Hill<br>DurretteBradshaw PLC<br>600 East Main Street, 20th Floor<br>Richmond, VA  23219 | Katherine J. Emig, D.C. Bar No. 496410<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |
| Richard L. Coffman<br>The Coffman Law Firm<br>505 Orleans, Suite 505<br>Beaumont, TX  77701 | *Counsel for Defendants RJF and RJA* |

John R. Wylie and Charles R. Watkins
Futterman Howard Watkins Wylie & Ashley
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603

James E. Hasser, Jr.
Diamond Hasser & Frost
1325 Dauphine Street
Mobile, Alabama 36604

*Counsel for Plaintiff Lawrence R. Smith*