IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. SMITH,
831 N. Woodrow Street
Arlington, VA 22203, on behalf of
himself and all similarly situated persons,

   Plaintiff,

vs.

RAYMOND JAMES FINANCIAL, INC.
880 Carillon Parkway
St. Petersburg, FL 33716, and

RAYMOND JAMES & ASSOCIATES, INC.,
1825 I Street, N.W.
Washington, D.C. 20006

   Defendants.
_____/

FILED

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1:07 CV 00759-JDB
Assigned to Bates, John D.
Assign Date: 4/26/2007
Description: Labor-ERISA

## ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT RAYMOND JAMES FINANCIAL, INC.

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff's Claims Against Defendant Raymond James Financial, Inc. The stipulation is premised on the representation by defense counsel that Raymond James & Associates, Inc., was the true employer of Plaintiff, and that Raymond James Financial, Inc., is not a broker/dealer, and does not employ financial advisors. Upon careful consideration of the Joint Stipulation and the record in this case, the Court does hereby

ORDER and ADJUDGE that:

(1) Plaintiff's claims against Defendant Raymond James Financial, Inc., are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees;

(2) The style of the case shall be updated by the Clerk of the Court to reflect that Raymond James & Associates, Inc., is the only defendant;

1-MI/602027.1

CASE NO. 1:07 CV 00759-JDB

(3) In the event that Plaintiff obtains evidence indicating that counsel's representations, as set forth above, are inaccurate, Plaintiff may seek to amend his complaint to add Raymond James Financial, Inc., back as a Defendant. Neither Raymond James & Associates, Inc., nor Raymond James Financial, Inc., will oppose such an amendment. Such amendment shall relate back to the date of this Order.

DONE and ORDERED in Chambers this 14th day of August, 2007.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc:

Raymond B. Battocchi, D.C. Bar No. 2370781
Gabeler Battocchi Griggs & Powell PLLC
1320 Old Chain Bridge Road, Suite 200
McLean, VA 22101

Wyatt B. Durrette, Jr.
Christopher G. Hill
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA 23219

Richard L. Coffman
The Coffman Law Firm
505 Orleans, Suite 505
Beaumont, TX 77701

John R. Wylie and Charles R. Watkins
Futterman Howard Watkins Wylie & Ashley
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603

James E. Hasser, Jr.
Diamond Hasser & Frost
1325 Dauphine Street
Mobile, Alabama 36604

*Counsel for Plaintiff Lawrence R. Smith*

Anne Marie Estevez, Esq., D.C. Bar No. 499841
Sharon A. Lisitzky
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339

Katherine J. Emig, D.C. Bar No. 496410
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendants RJF and RJA*