IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE R. SMITH, | § § | |
| PLAINTIFF | § § | |
| v. | § § | CIVIL ACTION NO. 07-0759 (JDB) |
| RAYMOND JAMES FINANCIAL, INC., | § § § | |
| DEFENDANT | § | |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for all parties to this action hereby stipulate and agree that this action shall be dismissed, with prejudice, as to Lawrence R. Smith, with each party to bear its own attorneys' fees, litigation expenses and costs.

By: _____  9/26/07
Raymond D. Battocchi, Esq.
D.C. Bar No. 237081
GABELER BATTOCCHI GRIGGS & POWELL, P.L.L.C.
1320 Old Chain Bridge Road, Ste. 200
McLean, VA 22101

Wyatt B. Durrette, Jr., Esq.
Christopher G. Hill, Esq.
DURRETTEBRADSHAW PLC
600 East Main Street
Richmond, Virginia 23219

Richard L. Coffman, Esq.
THE COFFMAN LAW FIRM
State Bar No. 04497460
505 Orleans St., Ste. 505
Beaumont, TX 77701

Charles R. Watkins, Esq.
John R. Wylie, Esq.
**FUTTERMAN, HOWARD, WATKINS, WYLIE & ASHLEY, CHTD.**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

**COUNSEL FOR PLAINTIFF LAWRENCE R. SMITH**

By: _____
Anne Marie Estevez, Esq.
Sharon A. Lisitzky, Esq.
**MORGAN LEWIS & BOCKIUS, L.L.P.**
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2339

Katerine J. Emig, Esq.
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

**COUNSEL FOR DEFENDANT RAYMOND JAMES FINANCIAL, INC.**